UNITED STATES DISTRICT COURT

for

District of Guam

FILED
DISTRICT COURT OF GUAM
MAY -1 2006
MARY L.M. MORAN
CLERK OF COURT

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: **Melvin Eugene Smith**　　　　　　Case Number: **CR 93-00149-001**

Name of Sentencing Judicial Officer: 　John S. Unpingco

Date of Original Sentence: 　May 27, 1994

Original Offense: Carrying a Weapon While Attempting to Board an Aircraft, in violation of 49 U.S.C. 1472(I)(1).

Original Sentence: One year probation with the following conditions: shall not commit another Federal, state or local crime; shall not illegally possess a controlled substance; shall not possess a firearm, destructive device; shall comply with the standard conditions that have been adopted by the court; shall pay a $250.00 fine and a $25.00 special assessment fee.

Type of Supervision: 　Probation　　　Date Supervision Commenced: 　May 27, 1994

Assistant U.S. Attorney: 　Mark E. Kondas　　　Defense Attorney: 　Sinforoso Tolentino

### PETITIONING THE COURT

[X] To issue a warrant
[ ] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number　　　Nature of Noncompliance

*(See attached Declaration in Support of Petition)*



U.S. Probation Officer Recommendation:

[X] The term of supervision should be

    [X] revoked.

    [ ] extended for _____ years, for a total term of _____ years.

[ ] The conditions of supervision should be modified as follows:

Reviewed by:

|  |  |
|---|---|
| *[signature]* | *[signature]* |
| Assistant U.S. Attorney | FRANK MICHAEL CRUZ<br>Chief U.S. Probation Officer |
| Date: 4-28-2006 | Executed on: 4-26-2006 |

I declare under penalty of perjury that the foregoing is true and correct.

---

THE COURT ORDERS:

[ ] No action.

[X] The issuance of a warrant.

[ ] The issuance of a summons.

[ ] Other

*[signature]*
Signature of Judicial Officer
Joaquin V.E. Manibusan, Jr.
U.S. Magistrate Judge
5/1/2006
Date

RECEIVED
MAY - 1 2006
DISTRICT COURT OF GUAM
HAGATNA, GUAM
ORIGINAL

# VIOLATION WORKSHEET

1. Defendant: Melvin Eugene Smith
2. Docket Number (Year-Sequence-Defendant No.): 93-00149-001
3. District/Office: 0993/1
4. Original Sentence Date: 05 / 27 / 94

(If different than above):

5. Original District/Office: ___
6. Original Docket Number (Year-Sequence-Defendant No.): ___

7. List each violation and determine the applicable grade (see §7B1.1(b))

| Violation(s) | Grade |
|---|---|
| • The defendant failed to pay the $250.00 fine. | C |
| • | |
| • | |
| • | |
| • | |
| • | |

8. Most Serious Grade of Violation (see §7B1.1(b)): **C**

9. Criminal History Category (see §7B1.4(a)): **I**

10. Range of Imprisonment (see §7B1.4(a)): **3 - 9 months**

11. Sentencing Options for Grade B and C Violations Only (Check the appropriate box):

[X] (a) If the minimum term of imprisonment determined under §7B1.4 (Term of Imprisonment) is at least one month but not more than six months, §7B1.3(c)(1) provides sentencing options to imprisonment.

[ ] (b) If the minimum term of imprisonment determined under §7B1.4 (Term of Imprisonment) is more than six months but not more than ten months, §7B1.3(c)(2) provides sentencing options to imprisonment.

[ ] (c) If the minimum term of imprisonment determined under §7B1.4 (Term of Imprisonment) is more than ten months, no sentencing options to imprisonment are available.

Mail documents to: United States Sentencing Commission, Federal Judiciary Building, One Columbus Circle, NE, Suite 2-500, South Lobby, Washington, D.C. 20002-8002

Case 1:93-cr-00149    Document 22    Filed 05/01/2006    Page 3 of 6

Defendant: Melvin Eugene Smith

12. **Unsatisfied Conditions of Original Sentence**

    List any restitution, fine, community confinement, home detention, or intermittent confinement previously imposed in connection with the sentence for which revocation is ordered that remains unpaid or unserved at the time of revocation (see §7B1.3(d)):

    | | | | |
    |---|---|---|---|
    | Restitution ($) | N/A | Community Confinement | N/A |
    | Fine ($) | N/A | Home Detention | N/A |
    | Other | N/A | Intermittent Confinement | N/A |

13. **Supervised Release**

    If probation is to be revoked, determine the length, if any, of the term of supervised release according to the provisions of §§5D1.1-1.3 (see §§7B1.3(g)(1)).

    Term: 0 to 1 years.

    If supervised release is revoked and the term of imprisonment imposed is less than the maximum term of imprisonment imposable upon revocation, the defendant may, to the extent permitted by law, be ordered to recommence supervised release upon release from imprisonment (see 18 U.S.C. §3583(e) and §7B1.3(g)(2)).

    Period of supervised release to be served following release from imprisonment: 12 months

14. **Departure**

    List aggravating and mitigating factors that may warrant a sentence outside the applicable range of imprisonment:

    None.

15. **Official Detention Adjustment** (see §7B1.3(e)): 0 months 0 days
    L:\docs\supervis\ROX\Court Reports\12C\smith.viowkst.wpd

## UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL CASE NO. 93-00149-001 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **DECLARATION IN SUPPORT OF PETITION** |
| | ) | |
| MELVIN EUGENE SMITH | ) | |
| Defendant. | ) | |
| | ) | |

Based on the 9th Circuit decision in U.S. v. Vargas-Amaya, the following petition is submitted to the Court in support of a request for the re-issuance of a warrant. A warrant was initially issued on June 14, 1995, when the above-referenced defendant failed to appear in Court, pursuant to a summons attached to a petition filed by this Officer.

I, Chief U.S. Probation Officer Frank Michael Cruz, am the U.S. Probation Officer assigned to supervise the Court-ordered conditions of probation for Melvin Eugene Smith, and in that capacity declare as follows:

On May 27, 1994, Melvin Eugene Smith was sentenced in the District Court of Guam for Carrying a Weapon While Attempting to Board an Aircraft, in violation of 49 U.S.C. § 1472(I)(1). He was sentenced to a probation term of one year. Along with the mandatory conditions of probation, Mr. Smith was ordered to pay a $250.00 fine and a $25.00 special assessment fee.

On May 26, 1995, a petition was filed in the District Court of Guam on Melvin Eugene Smith for failure to pay the $250.00 fine. On that same date, the Court ordered a summons for Mr. Smith's appearance at a hearing to answer to the violation. A hearing was set for June 12, 1995. On June 14, 1995, then Asst. U.S. Attorney Mark Kondas informed the Court that the U.S. Marshal Service could not locate the defendant to serve the summons, and requested a warrant of arrest. The Court issued the warrant as requested.

This Probation Officer respectfully prays that the Court re-issue a Warrant for Melvin Eugene Smith's appearance at a hearing scheduled by the Court, and during that hearing, he be held to answer or show cause why the sentence of supervised release in this case should not be revoked, in accordance with the provisions of 18 U.S.C. § 3565.

Declaration in Support of Petition
Re: SMITH, Melvin Eugene
USDC Cr. Cs. No. 93-00149-001
April 26, 2006
Page 2

I declare, under penalty of perjury, that the foregoing is true and correct, except those matters stated upon information and belief, and as to those matters, I believe them to be true.

Executed this 26 day of April 2006, at Hagatna, Guam, in conformance with the provisions of 28 U.S.C. § 1746.

Respectfully Submitted,

By: _____
FRANK MICHAEL CRUZ
Chief U.S. Probation Officer

cc: U.S. Attorney's Office
    Sinforoso Tolentino, Defense Counsel
    File