# UNITED STATES DISTRICT COURT
# FOR THE
# DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
|     Plaintiff, ) | |
| ) | USDC Cr. Cs. No. 93-00149-001 |
| vs. ) | |
| ) | |
| MELVIN EUGENE SMITH ) | |
|     Defendant. ) | |

**Re: Vacate Warrant Of Arrest**

    On May 27, 1994, Mr. Melvin Eugene Smith was sentenced in the U.S. District Court of Guam by the Honorable Judge John S. Unpingco for the offense of Carrying a Weapon While Attempting to Board an Aircraft. He was sentenced to 12 months probation and ordered to pay a $250 fine and a $25 special assessment fee.

    On May 26, 1995 a violation report was filed with the Court for non payment of his court ordered fine and a summons was issued for Mr. Smith to appear at a hearing scheduled for June 12, 1995. The U.S. Marshal Service was unable to serve the Summons and a warrant was issued for the defendant's arrest.

    On December 6, 1999, upon motion by the Government, the Court ordered the remission of the unpaid portion of the fine imposed against the defendant. The Court made a finding that the interests of justice mitigate in favor of remission of the unpaid fine. The probation officer respectfully requests that the warrant for the arrest of the defendant be vacated.

Respectfully submitted,

ROSSANNA VILLAGOMEZ-AGUON
Chief U.S. Probation Officer

By: /s/ GRACE D. FLORES
U.S. Probation Officer

Reviewed by:

/s/ CARMEN D. O'MALLAN
U.S. Probation Officer Specialist
Supervision Unit Leader

cc: U.S. Attorney's Office
    Sinforoso Tolentino, Defense Counsel
    File

---

[X] Approved          [ ] Disapproved

It is so ordered, this __12th__ day of August 2008, that a warrant for the arrest of the Melvin Eguene Smith be vacated.



**/s/ Joaquin V.E. Manibusan, Jr.
U.S. Magistrate Judge**